IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DOVIA CHANDLER, as personal representative of the Estate of Mark Chandler and DOVIA CHANDLER, GLEN CHANDLER AND TRACY CHANDLER, individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1-3,<br><br>　　　　　Defendant. | Cause No. 2:23-CV-00009-BMM<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　Upon the Parties' Stipulation for Dismissal with Prejudice and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, each Party to bear its own attorneys' fees and costs.

　　DATED this 24th day of April, 2024.

_/s/ Brian Morris_
_____
Brian Morris, Chief District Judge
United State District Court

1